# Exhibit B



**DEPARTMENT OF THE ARMY**
GALVESTON DISTRICT, CORPS OF ENGINEERS
P. O. BOX 1229
GALVESTON TX 77553-1229

REPLY TO
ATTENTION OF:

SEP 2 0 2016

Policy Analysis Branch

SUBJECT: Department of the Army (DA) Permit Application SWG-2014-00460

Lydia Ann Channel Moorings, LLC
Attn: Mr. Christopher Pietsch
P.O. Box 60267
Corpus Christi, Texas 78466

Dear Mr. Pietsch:

This letter is in response to your September 12, 2016, electronic mail requesting the U.S. Army Corps of Engineers (USACE) publish a public notice for your project. At this time, there is no pending individual permit application for your facility. The only federal action pending is your required submission of a removal and restoration plan due on October 12th, 2016.

USACE suspended SWG-2014-00460 on March 23, 2016, pursuant to 33 CFR § 325.7  This suspension afforded LAC the opportunity to provide additional information to support USACEs reevaluation of the project with the correct project purpose and need, its effect on navigation, and its environmental impact as it was being actually operated.

In furtherance of this effort, by letter dated April 22, 2016, the Corps requested that the applicant provide the necessary information to support this reevaluation and requested the information be supplied within 30 days. Information requested included: revised application materials; as-built drawings; surveys of seagrass and oyster beds; threatened and endangered species surveys; a draft Biological Assessment for Section 7 Consultations under the Endangered Species Act; and a robust alternatives analysis.

LAC requested an extension of time to July 27, 2016 to submit the required information. The Corps granted the extension in order to allow LAC all reasonable opportunities to provide the required information but LAC failed to provide adequate information. After review of the resubmission package, dated June 15, 2016, USACE concluded that the packet did not contain sufficient information to reevaluate the action and initiate coordination with the appropriate resource agencies. USACE revoked LAC's letter of permission (LOP) on September 12th, 2016.

- 2 -

Upon revocation of LAC's LOP, these mooring structures became unauthorized. There has been no material change in these facts since the revocation of September 12th, 2016.

LAC has submitted an individual permit application in lieu of the restoration order specified in the revocation notice. This is incorrect. Again, there is no pending individual permit application on file with USACE for your proposed facility, which remains an unauthorized structure in the navigable waters of the United States. As specified in the original revocation notice, LAC must submit a restoration plan detailing either how removal of the unauthorized structures will be accomplished or a detailed alternatives analysis that includes any proposal for retention of some or all of the 62 structures currently in place. Until LAC submits the required restoration plan, USACE will not consider an additional individual permit application for this facility. To reiterate, this restoration plan is due to the Corps by October 12th, 2016.

Sincerely,

*[signature]*

Robert W. Heinly
Deputy Chief, Regulatory Division

Copy Furnished:

Mr. Craig Douglas
Smith, Robertson, Elliott & Douglas, LLP
221 West Sixth Street, Suite 1100
Austin, Texas 78701